Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **SOORMA TRUCKING, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-1908197** |
| 4. | **Debtor's address** | **Principal place of business**<br>**4626 NORTH GREENVIEW CIRCLE SOUTH**<br>**LITCHFIELD PARK, AZ 85340**<br>Number, Street, City, State & ZIP Code<br><br>**MARICOPA**<br>County | **Mailing address, if different from principal place of business**<br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.soormatrucking.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

| Debtor | **SOORMA TRUCKING, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**4841**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | | | Relationship | |
|---|---|---|---|---|---|
| District | | When | | Case number, if known | |

| Debtor | SOORMA TRUCKING, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   ☐ No
   ☐ Yes.   Insurance agency _____
                 Contact name _____
                 Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | SOORMA TRUCKING, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 14, 2024**
MM / DD / YYYY

**X /s/ SAURABH BHATTI**
Signature of authorized representative of debtor

**SAURABH BHATTI**
Printed name

Title **MANAGING MEMBER**

Email Address of debtor

**18. Signature of attorney**

**X /s/ Allan D. NewDelman**
Signature of attorney for debtor

Date **August 14, 2024**
MM / DD / YYYY

**Allan D. NewDelman 004066**
Printed name

**ALLAN D. NEWDELMAN, P.C.**
Firm name

**80 EAST COLUMBUS AVENUE**
**PHOENIX, AZ 85012**
Number, Street, City, State & ZIP Code

Contact phone **602-264-4550**    Email address **anewdelman@adnlaw.net**

**004066 AZ**
Bar number and State

# United States Bankruptcy Court
## District of Arizona

In re  **SOORMA TRUCKING, LLC**
Debtor(s)

Case No.
Chapter **11**

☐ Check if this is an Amended/Supplemental Mailing List (Include only newly added or changed creditors.)

# MAILING LIST DECLARATION

I, the MANAGING MEMBER of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of **5** sheet(s), is complete, correct and consistent with the debtor(s)' Schedules.

Date: **August 14, 2024**

**/s/ SAURABH BHATTI**
**SAURABH BHATTI/MANAGING MEMBER**
Signer/Title

Date: **August 14, 2024**

**/s/ Allan D. NewDelman**
Signature of Attorney
**Allan D. NewDelman 004066**
**ALLAN D. NEWDELMAN, P.C.**
**80 EAST COLUMBUS AVENUE**
**PHOENIX, AZ 85012**
**602-264-4550   Fax: 602-277-0144**

SOORMA TRUCKING, LLC -


ARIZONA DEPARTMENT OF ECONOMIC SECURITY
UNEMPLOYMENT TAXATION DIVISION
1789 WEST JEFFERSON STREET
PHOENIX AZ 85007


ARIZONA DEPARTMENT OF ECONOMIC SECURITY
PO BOX 504097
SAINT LOUIS MO 63150


ARIZONA DEPARTMENT OF ECONOMIC SECURITY
1275 WEST WASHINGTON
PHOENIX AZ 85007


ARIZONA DEPARTMENT OF REVENUE
TAX BANKRUPTCY & COLLECTIONS
2005 NORTH CENTRAL AVENUE
PHOENIX AZ 85004


AT&T
PO BOX 78628
PHOENIX AZ 85062-8628


AT&T
PO BOX 6416
CAROL STREAM IL 60197


BALBOA CAPITAL
575 ANTON BLVD
12TH FLOOR
COSTA MESA CA 92626


BALBOA CAPITAL
PO BOX 15270
IRVINE CA 92623


BMO HARRIS BANK
PO BOX 71951
CHICAGO IL 60694-1951


CASHMERE VALLEY BANK
124 EAST PENNY ROAD
SUITE 202
WENATCHEE WA 98801

SOORMA TRUCKING, LLC -

CHASE INK PREFERED
PO BOX 6294
CAROL STREAM IL 60197-6294


COMMONWEALTH OF MASSACHUSETTS
EZDRIVEMA PAYMENT PROCESSING CENT
PO BOX 847840
BOSTON MA 02284-7840


COX BUSINESS
1550 WEST DEER VALLEY ROAD
PHOENIX AZ 85027


CROSSROADS EQUIPMENT LEASE & FINANCE
PO BOX 101285
PASADENA CA 91189-1285


DELAWARE DEPARTMENT OF TRANSPORTATION
E-Z PASS PAYMENT CENTER
PO BOX 697
DOVER DE 19903-0687


E-470 PUBLIC HIGHWAY AUTHORITY
PO BOX 5470
DENVER CO 80217-5470


ENGLAND CARRIER SERVICES
PO BOX 27566
SALT LAKE CITY UT 84127


FALCON EQUIPMENT FINANCE
PO BOX 843840
DALLAS TX 75284-3840


FLORIDA TRANSPORTATION AUTHORITY
525 SOUTH MAGNOLIA AVENUE
ORLANDO FL 32801


ILLINOIS TOLLWAY
PO BOX 5544
CHICAGO IL 60680-5544

SOORMA TRUCKING, LLC -


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


JAGJIT S. GIRN
14047 WEST WINDSOR AVENUE
GOODYEAR AZ 85395


JRC GOODYEAR LLC
C/O RELIANCE MANAGEMENT LLC
2122 EAST HIGHLAND AVE, #400
PHOENIX AZ 85016


KANSAS TURNPIKE AUTHORITY
PO BOX 802746
KANSAS CITY MO 64180-2746


LIBRA FINANCIAL SERVICES
4626 NORTH GREENVIEW CIRCLE SOUTH
LITCHFIELD PARK AZ 85340


LYTX INC
9785 TOWNE CENTER DRIVE
SAN DIEGO CA 92121


MARYLAND TRANSPORTATION AUTHORITY
PO BOX 12853
PHILADELPHIA PA 19176-0853


MARYLAND TRANSPORTATION AUTHORITY
2310 BROENING HIGHWAY
BALTIMORE MD 21224


MITSUBISHI HC CAPITAL AMERICA
1 PIERCE PLACE #1100 WEST
ITASCA IL 60143


NEWLANE FINANCE
123 SOUTHBROAD STREET
17TH FLOOR
PHILADELPHIA PA 19109

SOORMA TRUCKING, LLC -


NORTH TEXAS TOLLWAY AUTHORITY
PO BOX 660244
`
DALLAS TX 75266-0244


OHIO TURNKIKE & INFRASTRUCTURE  COMM.
PO BOX 94672
CLEVELAND OH 44101-4672


OTA-PLATERPAY
PO BOX 248935
OKLAHOMA CITY OK 73124-8935


PA TURNPIKE TOLL BY PLATE
PO BOX 645631
PITTSBURGH PA 15264-5254


PILOT TRAVEL CENTER
C/O RTS CARRIER SERVICE
3102 WEST END AVENUE #900
NASHVILLE TN 37203


RMA TOLL PROCESSING
PO BOX 734182
DALLAS TX 75373


SAMSARA
1 DE HARRO STREET
SAN FRANCISCO CA 94107


SAURABH BHATTI
4626 NORTH GREENVIEW CIRCLE SOUTH
LITCHFIELD PARK AZ 85340


SMALL BUSINESS ADMINISTRATION
312 NORTH SPRING STREET
LOS ANGELES CA 90012


VERIZON BUSINESS
PO BOX 489
NEWARK NJ 07101-0489

SOORMA TRUCKING, LLC -


VERIZON WIRELESS & EXTERNAL AFFAIRS DEPT
HQ LEGAL - B2B
1 VERIZON WAY
BASKING RIDGE NJ 07920


WVPA
PO BOX 1469
CHARLESTON WV 25325-1469